UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ERICK FERNANDO QUINTANA VALENZUELA, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 2:26-cv-04972-JDE |
| Petitioner, | | JUDGMENT |
| v. | | |
| FERETI SEMAIA, Warden, Adelanto ICE Processing Center, et al., | | |
| Respondents. | | |

Pursuant to the Order Regarding Petition,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is:

(1)     granted, in part, with Respondents ORDERED to provide Petitioner an individualized Rodriguez bond hearing before an immigration judge within seven (7) days of this Order at which the government shall bear the burden of proving by clear and convincing evidence that Petitioner is a flight risk or danger to the community if continued detention is sought, with instructions that the immigration judge

provide a reasoned decision if bond is denied and, if such hearing is not provided within seven days, Respondents are ordered to release Petitioner; and

(2)    denied and dismissed in all other respects without prejudice.

Dated: May 20, 2026

_____
JOHN D. EARLY
United States Magistrate Judge

2